UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eulogio Colon,<br><br>    Plaintiff,<br><br>v.<br><br>Jonathan Kahn, and<br>Andrew Kahn,<br><br>    Defendants. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. § 1446(a), Defendant Target Corporation ("Defendant"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and states the following grounds for removal:

1. On or about February 12, 2025, the Plaintiff filed an action, as captioned above and assigned Civil Action No. 2579CV00112, for alleged negligence against Defendants in Hampden County Superior Court. A copy of the Complaint is attached as **Exhibit A**.

2. The Plaintiff served the Summons, Statement of Damages and Complaint upon Defendant Jonathan Khan on or about May 24, 2025, and upon Defendant Andrew Kahn on or about May 27, 2025**.** Copies of the Summons documents and Civil Action Cover Sheets are attached as **Exhibits B, C, D, and E**, respectively.

3. On or about June 12, 2025, the Plaintiff filed an Amended Complaint and Statement of Damages, correcting a misspelling of the Defendant's last names. A copy of the Amended Complaint and Statement of Damages is attached as **Exhibits F and G**.

1

4. The Plaintiff served the Amended Complaint and Statement of Damages upon the Defendants through Defendant's undersigned counsel on June 12, 2025.

5. The Complaint, Summons, Statement of Damages, Amended Complaint, and Amended Statement of Damages constitute all process, pleadings, and orders served on Defendant to date in this action. See **Exhibits A-G**.

6. Having been filed within 30 days of service of the Summons and Complaint upon Defendants, this Notice of Removal to the United States District Court has been filed in a timely manner pursuant to the provisions of 28 U.S.C. § 1446(b). See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

7. The Defendant will promptly provide written notice, as required by 28 U.S.C. § 1446(d), to the adverse party and clerk of the state court in which this case was initially filed.

8. Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in the United States District Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the plaintiff and Defendant, Target Corporation:

    a. Based on the Amended Complaint, the Plaintiff is an individual residing in Holyoke, Hampton County, Massachusetts. See **Exhibit F**.

    b. Defendant Jonathan Kahn is an individual residing in Newington, Hartford County, Connecticut.

    c. Defendant Andrew Kahn is an individual residing in Newington, Hartford County, Connecticut.

103110144

    d. The Plaintiff's Amended Complaint states that as the result of an alleged incident on February 14, 2022**,** Plaintiff was caused to sustain personal injuries, pain and suffering, lost wages, medical care and medical expenses.  See **Exhibit F.**

    e. In the Amended Civil Action Cover Sheet that the Plaintiff filed with the Court, the Plaintiff claims damages amounting to $922,000.  A copy of Plaintiff's Civil Action Cover Sheet is attached as **Exhibit G.**

9. Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal of the state court action which was commenced in Hampden County Superior Court.

10. Both Defendants wish to remove this action and consent to removal.

WHEREFORE, Defendants request that the action pending in Hampden County Superior Court be removed therefrom to this Court and proceed as an action properly so removed.

          Respectfully submitted,

          Jonathan Kahn
          Andrew Kahn,

          By their attorneys,

          */s/ Sean F. McDonough*
          Sean F. McDonough, BBO # 564723
          sfmcdonough@morrisonmahoney.com
          Ian M. Collins, BBO # 706878
          icollins@morrisonmahoney.com
          MORRISON MAHONEY LLP
          250 Summer Street
          Boston, MA 02210-1181
          Phone:   617-737-8807
          Fax:       617-342-4938

103110144

## CERTIFICATE OF SERVICE

I, Ian M. Collins, hereby certify that a true and accurate copy of the foregoing document was served via first class mail, postage prepaid and/or electronic mail on the 23rd day of June 2025 upon the following parties of record:

Richard J. Fitzpatrick
Adam X. Halpin
100 Grandview Road, St. 300
Braintree MA 02184
rjf@lawrjf.com
ah@lawrjf.com
*Counsel for the Plaintiff*

*/s/ Ian M. Collins*
Ian M. Collins

4